RECEIVED
SDNY PRO SE OFFICE

2022 OCT 25  AM 10: 5█

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX)
    SHAQUILLE CARTER         )
           Plaintiff      )    Case No: _____
       V            )
UNITED STATES OF AMERICA   )
         Defendant    )
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX)


## CIVIL COMPLAINT


1. Shaquille Carter brings this action against defendant the United States of America, pursuant to the Federal Tort Claims Act, so that this Court has jurisdiction of the subject matter of this action pursuant to 28 U.S.C. §1346(B).

2. Plaintiff has complied with all prerequisites to a suit under the Federal Tort Claims Act in that : On November 19, 2021 plaintiff filed an administrative claim for the matters in dispute in this action in the amount of $100,000.00 with the Northeast Regional Office.

B. The defendant, by and through its agency, the Northeast Regional Office, denied plaintiff's administrative claim on May 23, 2022. A denial or a response in regards to plaintiff's tort claim has not been made.

C. The administrative remedy claim states: under the provisions of the applicable federal statues, Northeast Regional Office has six months from date of receipt to review, consider, and adjudicate the claim.

D. Tort Claim Program States: If you have not received a letter proposing a settlement or denying your claim within six months after the date the claim was filed, assume the claim has been denied.

E. This action was timely commenced following the denial of the administrative claim.


3. Plaintiff also brings this action against defendant Lydia Ortiz, RN, acting as an agent, servant, and/or employee of the defendant, the United States of America, known to defendant, but unknown to plaintiff, committed the acts of negligence that are set forth more fully below.

4. As a result of the fault of the defendant, by and through the staff and medical personnel at the Metropolitan Detention Center, acting within the scope of their employment, plaintiff suffered second degree burns to the right foot and disfigurement to the same.

5. These injuries resulted from the negligence of staff and medical personnel acting within their employment, as follows:

A. On September 30, 2021 at approximately 12:30pm plaintiff attempted to get hot water from the faucet.

B. While getting hot water the faucet started to spray the hot water which is not the normal function of the faucet.

C. As a result, plaintiff received second degree burns to his right foot.

D. Plaintiff notified correctional officer A. Moonan of injury.

E. Correctional Officer A. Moonan called medical several times requesting medical attention for plaintiff.

F. No medical attention was given.

G. Plaintiff wrote medical an electronic cop-out on October 1, 2021.

H. Medical responded back on October 7, 2021 stating plaintiff will be placed on the schedule for sick call.

I. RN Lydia Ortiz noted that plaintiff had second degree burns, and placed plaintiff on wound care and proscribed ibuprofen 400mg for the pain.

J. Staff and medical personnel were negligent in failing to administer any proper medical attention to plaintiff's serious medical needs.

K. Failing to do so, plaintiff was at risk of infection, he was unable to walk and suffered from severe pain for days before any medical attention was given.

L. Due to not receiving any medical attention plaintiff started to clean and place A&D ointment on the wound to try to prevent infection.

M. As noted by RN Lydia Ortiz, the A&D prevented the wound from healing when expected to.

N. Defendants by their actions, failed to follow generally accepted medical standards.

6. As a direct and proximate result of the combined negligence of staff and medical personnel at Metropolitan Detention Center Brooklyn, plaintiff has suffered second degree burns to the right foot and was, therefore, disabled, unemployable and disfigured. As a result of these injuries, plaintiff suffered pain of mind and body, was disabled during the time, unable to work, and is permanently disfigured.

7. As a result of these injuries, plaintiff in the future will incur medical expenses for plastic surgery and mental therapy. Plaintiff will continue to suffers from pain of mind and body and permanent scars.

## PRAYER

Plaintiff requests that this court render judgement against defendants:

A. In the sum to be shown at trial, but in no event less than $100,000.00.

B. Plaintiff be awarded costs of suit.

Respectfully Submitted,

Shaquille Carter 92401-054
FCI Danbury
33 & ½ Pembroke Road
Danbury, CT 06811

# Bureau of Prisons
## Health Services
## Treatments

| Begin Date: | 10/21/2020 | End Date: | 10/21/2021 |
|---|---|---|---|
| Reg #: | 92401-054 | Inmate Name: | CARTER, SHAQUILLE |

| Date | Time | Treatment | Provider | Status |
|---|---|---|---|---|
| 10/11/2021 | 20:32 BRO | Wound Care | Ortiz, Lydia RN | Completed |

IMPROVED

**Orig Entered:** 10/11/2021 20:32 EST   Ortiz, Lydia RN

| 10/10/2021 | 22:17 BRO | Wound Care | Ortiz, Lydia RN | Completed |
|---|---|---|---|---|

see note

**Orig Entered:** 10/10/2021 22:17 EST   Ortiz, Lydia RN

| 10/06/2021 | 20:05 BRO | Wound Care | Ortiz, Lydia RN | Completed |
|---|---|---|---|---|

improving

**Orig Entered:** 10/06/2021 20:06 EST   Ortiz, Lydia RN

| 10/05/2021 | 21:31 BRO | Wound Care | Ortiz, Lydia RN | Completed |
|---|---|---|---|---|

seen for wound care and given supplies 10/4 for self care with instruction will f/u 10/6

**Orig Entered:** 10/05/2021 21:32 EST   Ortiz, Lydia RN

| 10/04/2021 | 18:52 BRO | Wound Care | Ortiz, Lydia RN | Completed |
|---|---|---|---|---|

no signs of infection

**Orig Entered:** 10/04/2021 18:52 EST   Ortiz, Lydia RN

**Total:** 5

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | CARTER, SHAQUILLE | | | | Reg #: | 92401-054 |
| Date of Birth: | 03/16/1993 | Sex: | M | Race: BLACK | Facility: | BRO |
| Note Date: | 10/03/2021 22:10 | Provider: | Ortiz, Lydia RN | | Unit: | G06 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Ortiz, Lydia RN

Informed by previous shift RN inmate had a burn and needed to be seen today.

I/M was brought to health services office on 4th floor and when this provider was about to provide the necessary wound care advised he was about to take a shower and would prefer to wait until after shower.  I/M was to returned to unit without the care needed due to - "I/M wanted to shower first" and this provider never had the time to return -

Will place NMOS orders for wound care to be provided tomorrow.

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Wound Care | Daily | 7 days | 2 degree burn to foot cleanse with sterile water apply thin layer of silver sulfadiazine 1% to affected area once daily. Apply non-adherent telfa and wrap with kerlix. | Ortiz, Lydia RN |
| | Order Date: | 10/03/2021 | | |

**Copay Required:** No        **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No

Completed by Ortiz, Lydia RN on 10/03/2021 22:31

Requested to be cosigned by  Awd, Rame MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: CARTER, SHAQUILLE | | Reg #: 92401-054 |
| Date of Birth: 03/16/1993 | Sex: M Race: BLACK | Facility: BRO |
| Encounter Date: 10/10/2021 22:33 | Provider: Ortiz, Lydia RN | Unit: G06 |

Nursing - Wound Care encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Ortiz, Lydia RN

Chief Complaint: Pain
Subjective:     I/M with 2nd degree burn to right foot
**Pain:**        Yes
**Pain Assessment**

| | |
|---|---|
| Date: | 10/10/2021 22:35 |
| Location: | Foot-Right |
| Quality of Pain: | Aching |
| Pain Scale: | 5 |
| Intervention: | pain medication |
| Trauma Date/Year: | 12/12/2015 |
| Injury: | SPORT INJURY |
| Mechanism: | |
| Onset: | 12-24 hours |
| Duration: | 12-24 Hours |
| Exacerbating Factors: | unknown |
| Relieving Factors: | pain medication |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Exam:**

**Skin**

**Wound**

Yes: Wounds present, Partial Thickness, Sloughing Tissue

**ASSESSMENT:**

Burn - Thermal-Minor

I/m continues with burn - should have been healed by now but I/M has been alternating between silverdene and A&D ointment - advised to stop putting the A&D ointment - Only silverdene as when this provider does how wound care.

Offered supplies - did not need any -

Will extend wound care and see if it appears better tomorrow
at this time wound care is still indicated

**PLAN:**

Inmate Name:   CARTER, SHAQUILLE                                     Reg #:   92401-054
Date of Birth:   03/16/1993                    Sex:      M   Race:   BLACK          Facility:   BRO
Encounter Date:   10/10/2021 22:33             Provider:   Ortiz, Lydia RN         Unit:   G06

---

**New Medication Orders:**

| Rx# | Medication | | | | Order Date |
|---|---|---|---|---|---|
| | Ibuprofen Tablet | | | | 10/10/2021 22:33 |

**Prescriber Order:** 400mg Orally - three times a day PRN x 5 day(s) -- take 1 tablet by mouth with food 3 times a day as needed for pain

---

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Wound Care | Daily | 3 days | 2 degree burn to foot cleanse with sterile water apply thin layer of silver sulfadiazine 1% to affected area once daily. Apply non-adherent telfa and wrap with kerlix. | Bialor, Bruce (MAT) MD |

Order Date:   10/10/2021

**Discontinued Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| *Wound Care* | *Daily* | *7 days* | *2 degree burn to foot cleanse with sterile water apply thin layer of silver sulfadiazine 1% to affected area once daily. Apply non-adherent telfa and wrap with kerlix.* | *Ortiz, Lydia RN* |

Discontinue Reason:   *Renewed*
Order Date:   *10/03/2021*
End Date:   *10/10/2021*

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/10/2021 | Counseling | Compliance - Treatment | Ortiz, Lydia | Needs Reinforcement |
| 10/10/2021 | Counseling | Plan of Care | Ortiz, Lydia | Verbalizes Understanding |

**Copay Required:** No                **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes     **By:** Bialor, Bruce (MAT) MD
**Telephone or Verbal order read back and verified.**

Completed by Ortiz, Lydia RN on 10/10/2021 22:44
Requested to be cosigned by Bialor, Bruce (MAT) MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CARTER, SHAQUILLE | | | Reg #: | 92401-054 |
| Date of Birth: | 03/16/1993 | Sex: | M    Race: BLACK | Facility: | BRO |
| Note Date: | 10/11/2021 20:33 | Provider: | Ortiz, Lydia RN | Unit: | G06 |

Admin Note - General Administrative Note encounter performed at Housing Unit.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Ortiz, Lydia RN

Seen for wound care today
Almost completely healed
I/M made aware to continue current regimen - and notify medical with any changes or concerns.
Offered supplies - nothing needed at this time has what he needs and should not need much more needs to leave open to air.

**Discontinued Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Wound Care | Daily | 3 days | 2 degree burn to foot cleanse with sterile water apply thin layer of silver sulfadiazine 1% to affected area once daily. Apply non-adherent telfa and wrap with kerlix. | Bialor, Bruce (MAT) MD |

|  | |
|---|---|
| Discontinue Reason: | No longer indicated |
| Order Date: | 10/10/2021 |
| End Date: | 10/13/2021 |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Ortiz, Lydia RN on 10/11/2021 20:37

# Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: CARTER, SHAQUILLE | | Reg #: 92401-054 |
| Date of Birth: 03/16/1993 | Sex: M  Race: BLACK | Facility: BRO |
| Encounter Date: 10/18/2021 14:24 | Provider: Timothy, Beverly ANP-C | Unit: G06 |

Mid Level Provider - Sick Call Note encounter performed at Other.

**SUBJECTIVE:**

COMPLAINT **1**        Provider:   Timothy, Beverly ANP-C

Chief Complaint:   Skin Problem

Subjective:     28 y/o male submitted sick call note c/o having burns on feet since 9/30/21

States was seen by another provider a few days ago and wounds are healing

**Pain:**        No

**OBJECTIVE:**

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Nutrition**

Yes: Within Normal Limits

**Skin**

**General**

No: Within Normal Limits

**Exam Comments**

Left lower leg/foot & ankle: scattered 100 % granulating lesions, surrounding tissue intact, no drainage - healing well

**ASSESSMENT:**

Open wound, foot, S91309S - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Silver Sulfadiazine Cream 1% | 10/18/2021 14:24 |

**Prescriber Order:**     1 % Topically  -   Two Times a Day x 14 day(s) -- Apply a small amount to affected

Indication:   Open wound, foot

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Discussed clinical findings from exam

Generated 10/18/2021 15:50 by Timothy, Beverly ANP-C           Bureau of Prisons - BRO                        Page 1 of 2

Inmate Name:   CARTER, SHAQUILLE                                    Reg #:   92401-054
Date of Birth:   03/16/1993                    Sex:      M    Race:   BLACK       Facility:   BRO
Encounter Date:  10/18/2021 14:24      Provider:   Timothy, Beverly ANP-C    Unit:   G06

Instructed on hand, respiratory & eye hygiene
Discussed daily foot care
Discussed daily skin care
Discussed fall precautions
Discussed conservative therapy
Instructed to reduce sodium intake
Instructed to avoid concentrated sweets
Instructed to increase PO water intake
Instructed to increase fiber, fruits & vegetables intake
Discuss diet (Low Fat/Chol/Low Salt), weight loss, stress management strategies, daily exercise - @ least 30 min/day,
& lifestyle modifications
Discuss self-care & preventative health maintenance
Instruct to RTC PRN

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/18/2021 | Counseling | Wound Care | Timothy, Beverly | Verbalizes Understanding |
| 10/18/2021 | Counseling | Safety/Injury Prevention | Timothy, Beverly | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Timothy, Beverly ANP-C on 10/18/2021 15:50

**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

*U.S. Custom House*
*2nd & Chestnut Streets - 7th Floor*
*Philadelphia, PA. 19106*

December 10, 2021

Shaquille Carter, Reg. No. 92401-054
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY  11232

Re:  Administrative Tort Claim **Received November 24, 2021**
     Claim No. TRT-NER-2022-01250

Dear Mr. Carter:

This will acknowledge receipt of your administrative claim for an alleged loss of personal property or personal injury suffered at MDC Brooklyn.

Under the provisions of the applicable federal statutes, we have **six months from the date of receipt** to review, consider, and adjudicate your claim.

All correspondence regarding this claim should be addressed to Federal Bureau of Prisons, Northeast Regional Office, Room 701, U.S. Custom House, 2nd & Chestnut Street, Philadelphia, Pennsylvania 19106.  If the circumstances surrounding this claim change in any fashion, you should contact this office immediately.  Also, should your address change, you should contact this office in writing accordingly.

                                    Sincerely,

                                    Darrin Howard
                                    Regional Counsel

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 25, 2021

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:**   *United States v. Shaquille Carter*, **15 Cr. 380 (DLC)**

Dear Judge Cote:

On October 20, 2021, the Court ordered the Government to update the Court regarding the defendant's medical treatment following receipt of an undated letter from the defendant alleging that he suffered burns from a faucet explosion on September 30, 2021, which burns were untreated by medical personnel at the Metropolitan Detention Center ("MDC"). (Dkts. 80, 81). The Government has obtained the relevant medical records from MDC, which indicate that the defendant saw medical personnel related to the burn several times during the month of October 2021 and was provided medication and treatment instructions beginning on or around October 4, 2021.[1]

<div style="margin-left: 45%;">

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Emily A. Johnson
Assistant United States Attorney
(212) 637-2409

</div>

cc:   Thomas Dunn, Esq. (by ECF)

---

[1]   The Government has attached the relevant medical records as Exhibit A. Due to the sensitive nature of the documents in Exhibit A, the Government respectfully requests that Exhibit A be filed under seal.

TRULINCS  92401054 - CARTER, SHAQUILLE - Unit: BRO-G-C

------------------------------------------------------------------------------------------------

FROM: Sick Call
TO: 92401054
SUBJECT: RE:***Inmate to Staff Message***
DATE: 10/07/2021 01:47:02 AM

You have been placed on the schedule for sick call.

>>> ~^!"CARTER, ~^!SHAQUILLE" <92401054@inmatemessage.com> 10/1/2021 11:58 AM >>>
To:
Inmate Work Assignment: none

I have 3rd degree burns and blisters that was reported by a officer twice yesterday on September 30th I received no medical attention

. The medical documents i've attached "Bureau of Prisons Health Services Treatments" are False. I reported this incident to Correctional officer A. Moonan on September 30th, 2021. She called medical twice, they did not respond to me. I then put in a sick call on October 1st, 2021. Medical responds back on October 7th, 2021. If I was seen on the 4th of October why would I be placed on the Schedule for sick call after the 7th of October. The Encounter dates don't add up. I have several witnesses to support my claim. I was in pain and at risk of infection for days.

The Honorable Denise L. Cote has received several letters from me about this issue. I believe my letters were placed on my docket. That is where my paper trail begins.

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Northeast Regional Office US Custom House 2nd and Chestnut Street 7th Floor Philadelphia, PA 19106 | Shequille Carter ← Claimant    Annette Leeming-vick MDC Brooklyn    5509 Jefferson Av Metropolitan Detention Center    West New York, NJ P.O. Box 329002    07093 Brooklyn, NY 11232    →Personal rep. |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☑ CIVILIAN | 03/16/1993 | Single | 09/30/2021 | 12:30 pm |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

On September 30th 2021 at approximately 12:30 pm I was at the hot water faucet attempting to get hot water. While getting the water, the water started spraying which is not the normal function of the faucet. I was burned as a result to that happening. 2nd degree burns. To make matters worst I recieved no proper medical attention until days later. I reported the incident immediately. I was ignored. I have medical records and several witnesses to support my claim. Officer A. Moonan was working the day of the incident. She called medical twice on my behalf. No one responded. "Medical Malpractice"

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code). None N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). None N/A

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT. 2nd Degree Burns to my right foot

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| KHALID KELLY 17907-509 Yefrel Brito 87118-054 Shaamel Hamilton 55331-509 Andrews Hernandez 53519-509 Freedom Turner 49978-509 | MDC Brooklyn Metropolitan Detention Center P.O. Box 329002 Brooklyn, NY 11232 |

**12.** (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| None N/A | $100,000.00 | None N/A | $100,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Shequille Carter | 404-931-7162 | 11/19/2021 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☑ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☑ No | 17. If deductible, state amount.

*None N/A*

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

*N/A*

19. Do you carry public liability and property damage insurance? ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☑ No

*N/A*

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority*: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. *Principal Purpose*: The information requested is to be used in evaluating claims.
  C. *Routine Use*: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. *Effect of Failure to Respond*: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

Shaquille Carter 92401-054
FCI Danbury
33 1/2 Pembroke Road
Danbury, CT 06811

RECEIVED
SDNY PRO SE OFFICE
2022 OCT 25 AM 10:35

**CERTIFIED MAIL**

7018 1830 0001 4216 8352





Pro Se
AF

Clerk Of Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

USM P3
SDNY

RECEIVED
OCT 24 2022
CLERK'S OFFICE
S.D.N.Y.